# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>v.<br><br>Midtown Hotel Group LLC,<br><br>    Defendant. | **NO. CV-17-04542-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant as follows:

1. Defendant will (within 60 days) identify and describe on its website accessible features found in each of the following areas of the hotel: (1) Parking and Loading Zone; (2) Exterior Routes; (3) Building Entrances and Lobby; (4) Interior Routes; (5) Public/Common Use Restrooms; (6) Accessible Guestrooms and Suites; (7) Accessible Guestroom Bathrooms; and (8) Pool/Spa area.

2. Defendant will (within 60 days) communicate the above referenced accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel. Defendant shall provide Plaintiff with a copy of this communication.

3. Defendant will (within 60 days) modify its policies, practices and procedures to ensure that individuals who require mobility and/or ambulatory assistance can make reservations for accessible guest rooms during the same hours and in the same

1  manner as individuals who do not require mobility and/or ambulatory assistance.
2  Defendant shall provide Plaintiff with a copy of the modified policies, practices and
3  procedures referenced herein.
4  4. Defendant shall (within 90 days) identify mobility accessibility features at its hotel
5  that do not comply with the 2010 Standards of Accessibility Design and shall,
6  within 12 months, remove barriers to mobility accessibility to the extent that such
7  removal is readily achievable.
8      This matter is hereby terminated.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

March 1, 2018

                                            s/ Leann Dixon
                                  By   Deputy Clerk